UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT HAUER, | Case No.: 1:25-cv-01090-JLT-CDB |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| v. | |
| DEPARTMENT OF STATE HOSPITALS-COALINGA, | (Doc. 8) |
| Defendant. | |

Plaintiff Dwight Hauer is a civil detainee appearing pro se and *in forma pauperis* in this civil rights action.

On March 24, 2026, when Plaintiff failed to timely file a first amended complaint, the Court issued its Findings and Recommendations to Dismiss Action for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute. (Doc. 8.) Objections were to be filed within 14 days. (*Id*. at 4-5.)

On March 30, 2026, Plaintiff filed a first amended complaint. (Doc. 9.) Page 11 of the filing is a letter dated March 25, 2026, directed to the Clerk of the Court. It states Plaintiff mailed his first amended complaint on March 12, but the "U.S. Postal service returned the envelope's contents claiming their rapid processing had damaged the envelope." (*Id*. at 11.)

In light of these circumstances, the Court will vacate the Findings and Recommendations.

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.  The Findings and Recommendations issued March 24, 2026 (Doc. 8) are **VACATED**; and

2.  Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:  __**April 1, 2026**__                    _____
                                        UNITED STATES MAGISTRATE JUDGE