**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWIGHT HAUER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE HOSPITALS-COALINGA, et al.,<br><br>Defendants. | Case No.: 1:25-cv-01090 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 17) |

Dwight Hauer seeks to hold the defendants liable for violations of his civil rights while housed at Coalinga State Hospital. (*See generally* Doc. 9.) The magistrate judge screened Plaintiff's amended complaint and found he stated cognizable claims for: (1) Fourteenth Amendment failure to protect against defendant Geraldo Serrano and (2) Fourteenth Amendment conditions of confinement against defendant Charles Ndifang. (Doc. 12 at 5-9.) The magistrate judge found Plaintiff failed to state any other cognizable claims, including any claims against the "Doe" defendants who were also employees at Coalinga State Hospital. (*Id.* at 9-10.) Plaintiff responded to the Screening Order by indicating his willingness to proceed with the cognizable claims. (Doc. 16.)

The magistrate judge issued Findings and Recommendations incorporating the findings in the Screening Order and recommending the action proceed on the cognizable claims and the "Doe" defendants be dismissed. (Doc. 17 at 1-3.) The Court served the Findings and

Recommendations on Plaintiff, and it notified him that any objections were due in 14 days. (*Id.* at 3.) The Court advised Plaintiff that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 17, 2026 (Doc. 17) are **ADOPTED** in full.
2. The action **SHALL** proceed only on Plaintiff's Fourteenth Amendment claims, as stated in the first amended complaint (Doc. 9), for:
   a. failure to protect against defendant Serrano and
   b. conditions of confinement against defendant Ndifang.
3. "Does 1 through 10" are **DISMISSED** as defendants.
4. Any remaining claims in the first amended complaint are **DISMISSED**.

IT IS SO ORDERED.

Dated: July 24, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE